IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PRINTUS LEE DURHAM, JR.**                                                              **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 1:08CV345-HSO-JMR**

**MIKE BYRD**                                                               **DEFENDANT**

## FINAL JUDGMENT

Pursuant to the Order Adopting Report and Recommendation and Granting Defendant's Motion to Dismiss issued this date and incorporated herein by reference,

**IT IS, ORDERED AND ADJUDGED** that, Petitioner's Petition for Writ of Habeas Corpus should be and is hereby dismissed.

**SO ORDERED AND ADJUDGED**, this the 9th day of February 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE